AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:20-cr-00156-RFB-DJA |
| | ) | |
| ROSALIO ANDRES SIGUENZA-ROMERO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 4B |
|---|---|---|---|
| | | Date and Time: | July 17, 2020 at 11:15 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      July 16, 2020

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_X_ FILED              ___ RECEIVED
___ ENTERED            ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

              JUL 16, 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:                          DEPUTY
```