TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Rosalio Andres Siguenza-Romero*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case no.: 2:20-CR-00156-RFB-DJA-8 |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** |
| ROSALIO ANDRES SIGUENZA-ROMERO, | |
| Defendant. | |

COMES NOW, the defendant ROSALIO ANDRES SIGUENZA-ROMERO, by and through his attorney of record, TODD M. LEVENTHAL, ESQ., hereby files the foregoing notice to allow interstate Travel to Phoenix, Arizona on March 5th-7th and March 26th -28th of 2021.

1. Pursuant to the conditions of Pre-Trial Services, Mr. Siguenza-Romero is allowed to travel within Clark County, Nevada, and requires permission from the government to travel outside of this area.

2. Mr. Siguenza-Romero's daughter is a very talented soccer player that has applied to several scholarships but needs to show for the scouting sessions. Mr. Siguenza-Romero is requesting travel to Phoenix, Arizona where the scouting sessions will be held.

3. The scoutting sessions will be held at Reach 11 Sports Complex: 2425 E. Deer Valley Dr. Phoenix, AZ 85050

1

4. Mr. Leventhal has spoken to Jessie Moorehead, Pretrial Services Officer and he has no objection.

5. Mr. Moorehead, Pretrial Services Officer, has been in communications with the governement and they do not oppose the modification of conditions to allow Pretrial services the ability to approve travel.

6. Additionally, travel will be restricted to Clark County, UNLESS PRE-APPROVED BY PRETRIAL SERVICES.

DATED this 23RD day of February 2021.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:     /s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S Third Street
Las Vegas NV 89101
T: (702) 472-8686
Attorney for Defendant Rosalio Siguenza-Romero

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Rosalio Andres Siguenz-Romero*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALIO ANDRES SIGUENZA-ROMERO,<br><br>Defendant. | Case no.: 2:20-CR-00156-RFB-DJA-8<br><br>(~~proposed~~) ORDER GRANTING MR. SIGUENZA-ROMERO UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL |

Based on the Motion of Defendant ROSALIO ANDRES SIGUENZ-ROMERO and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, ROSALIO ANDRES SIGUENZ-ROMERO may travel outside of Clark County, Nevada from the dates of March 5th - 7th and 26th and 28th of March 2021.
2. Mr. Siguenza-Romero has notified Mr. Moorehead, his Pretrial Services Officer, the address where he will be staying and he will advise him withing 24 hrs of his return to Las Vegas.
3. Travel is restricted to Clark County, UNLESS PRE-APPROVED BY PRETRIAL SERVICES.
4. All other conditions of Pretrial supervision/diversion shall previously remain in place.

IT IS SO ORDERED.

DATED: February 24, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE