TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Rosalio Andres Siguenza-Romero*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALIO ANDRES SIGUENZA-ROMERO,<br><br>Defendant. | Case no.: 2:20-CR-00156-RFB-DJA-8<br><br>**UNOPPOSED MOTION TO ALLOW REMOVAL OF CONDITIONS** |

COMES NOW, the defendant ROSALIO ANDRES SIGUENZA-ROMERO, by and through his attorney of record, TODD M. LEVENTHAL, ESQ., hereby files the foregoing notice to allow removal of conditions #48, #49 and #50.

1. Mr. Leventhal has spoken to Jessie Moorehead, Pretrial Services Officer and he has no objection.

2. Mr. Siguenza-romero has been compliant of all conditions of release.

3. Mr. Moorehead, Pretrial Services Officer, has been in communications with the governement and they do not oppose the modification of conditions to the removal of conditions #48- Mental Health evalutation, #49-Mental health treatment as directed, and #50- Pay cost.

1

DATED this 27th day of May 2021.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:    /s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S Third Street
Las Vegas NV 89101
T: (702) 472-8686
Attorney for Defendant Rosalio Siguenza-Romero

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Rosalio Andres Siguenz-Romero*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>ROSALIO ANDRES SIGUENZA-ROMERO,<br><br>Defendant. | Case no.: 2:20-CR-00156-RFB-DJA-8<br><br>**ORDER GRANTING MR. SIGUENZA-ROMERO UNOPPOSED MOTION TO ALLOW REMOVAL OF CONDITIONS** |

Based on the Motion of Defendant ROSALIO ANDRES SIGUENZ-ROMERO and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, ROSALIO ANDRES SIGUENZA-ROMERO'S conditions #48- Mental Health Evaluation; #49- Mental Health Treatment as directed; and #50- Pay costs shall be removed.

2. All other conditions of Pretrial supervision/diversion shall previously remain in place.

IT IS SO ORDERED.

Dated this __1st__ day of June, 2021.

_____
JUDGE RICHARD F. BOULWARE, II
U.S. DISTRICT JUDGE