**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-156-RFB-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ROSALIO ANDRES SIGUENZA-ROMERO, aka "Tweety," | |
| Defendant. | |

This Court finds Rosalio Andres Siguenza-Romero, aka "Tweety," pled guilty to Count 3 of a 21-Count Criminal Indictment charging him with conspiracy—dealing in firearms without a license in violation of 18 U.S.C. §§ 371, 922(a)(1)(A), and 923(a). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 359; Plea Agreement, ECF No. 360.

This Court finds Rosalio Andres Siguenza-Romero, aka "Tweety," agreed to the forfeiture of the property set forth in the Plea Agreement and Forfeiture Allegation Three of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 359; Plea Agreement, ECF No. 360.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and Forfeiture Allegation Three of the Criminal Indictment and the offense to which Rosalio Andres Siguenza-Romero, aka "Tweety," pled guilty.

The following property is any firearm or ammunition involved in or used in any violation of any other crime of the United States, 18 U.S.C. § 371 with 18 U.S.C. §§ 922(a)(1)(A) and 923(a) and is subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p):

   1. Glock 21 .45 ACP semiautomatic handgun, bearing serial number WHR291;

2. Taurus Model 85 .38 SPL revolver, bearing serial number GS26891;

3. Romarm/Cugir WASR10 7.62x39mm semiautomatic rifle, bearing serial number UF099307;

4. Ruger Model AR 556 5.56mm semiautomatic rifle, bearing serial number 850-80488 with 30 round P-Mag, 5.56 caliber;

5. Sig Sauer P365 9mm semiautomatic handgun, bearing serial number 66A494603;

6. a stolen MKE Model Z-5 9mm semiautomatic rifle, bearing serial number T0624-17BG00143;

7. a stolen MKE Model Z-5RS 9mm semiautomatic pistol, bearing serial number T0624-17BH01145;

8. a stolen MKE Model Z-43P 5.56mm semiautomatic rifle, bearing serial number T0624-15BF00189

9. Armscor of the Philippines M1911-A1 FS .45 ACP semiautomatic handgun, bearing serial number RIA1582289;

10. Springfield Armory IMBEL 1911-A1 .45 ACP semiautomatic handgun, bearing serial number WW65048;

11. two silencers bearing no serial numbers;

12. Springfield XD 9mm semiautomatic handgun, bearing serial number GM821380;

13. DPMS AR-15 semiautomatic rifle, bearing serial number F202014;

14. Taurus PT92 AFS 9mm semiautomatic handgun, bearing serial number TJZ19725;

15. Kel-Tec SU-16, 5.56 caliber rifle, bearing serial number N4886;

16. Sturm and Ruger, .223 caliber Mini-14 Ranch Rifle, bearing serial number 195-86918;

17. unmarked AR-15 style rifle;

18. 143 rounds of 5.56 ammunition;

   19. 4 rifle magazines;

   20. 30 round magazine;

   21. 20 round magazine;

   22. 100 rounds drum magazine for KCI AR-15;

   23. metal 30 round 7.62x39 magazine; and

   24. any and all compatible ammunition

(all of which constitutes property).

  This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

  This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Rosalio Andres Siguenza-Romero, aka "Tweety," in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C.

§ 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> Misty L. Dante
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED __March 20_____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE