**TODD M. LEVENTHAL, ESQ**
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Counsel for RosalioAndres Siguenza-Romero*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROSALIO ANDRES SIGUENZA-ROMERO,<br><br>          Defendant. | Case No.: 2:20-cr-00156-RFB-DJA-8<br><br>**STIPULATION TO CONTINUE SENTENCING DATE**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Jason M. Frierson, United States Attorney, and Jacob H. Operskalski, Esq., Assistant United States Attorney, counsel for the United States of America, and Todd M. Leventhal, Esq., counsel for ROSALIO ANDRES SIGUENZA-ROMERO, that the Sentencing date currently scheduled for July 21, 2023 at 9:00 a.m. be vacated and continued to a time convenient to this Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. The defendant is out of custody and does not object to the continuance.
2. The parties agree to the continuance.

3. The requested time is not for purposes of delay. Defense Counsel needs additional time to discuss potential sentencing arguments with Mr. Siguenza-Romero.

4. The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

5. This is the first stipulation to continue the Sentencing date.

DATED: July 13, 2023

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By___/s/ Todd M Leventhal_____    By___/s/ Jacob H. Operskalski_____
TODD M. LEVENTHAL                         JACOB H. OPERSKALSKI
Counsel for Defendant                     Assistant United States Attorney

2

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
319 South Third Street, Suite 100
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Counsel for Rosalio Andres Siguenza-Romero**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIO ANDRES SIGUENZA-ROMERO,<br><br>Defendant. | Case No.: 2:20-cr-00156-RFB-DJA-8<br><br>**ORDER** |

### **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1.    The defendant is out of custody and does not object to the continuance.

    2.    The parties agree to the continuance.

    3.    The requested time is not for the purpose of delay. Defense Counsel needs additional time to discuss potential sentencing arguments with Mr. Siguenza-Romero.

    4.    The additional time requested for sentencing will allow counsel for the defendant sufficient time to effectively and thoroughly research and prepare for sentencing.

    5.    This is the first stipulation to continue the Sentencing date.

**ORDER**

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for July 21, 2023 at the hour of 9:00 a.m., is vacated and continued to **October 17, 2023 at 10:00 a.m.**

DATED this 14th day of July 2023.



BY: _____
HONORABLE RICHARD F. BOULWARE, II
United States District Court Judge

4

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that (s)he is an employee in the office of Leventhal and Associates, PLLC., and is a person of such age and discretion as to be competent to serve papers.

In accordance with the Federal Rules of Procedure, I certify that on this date, July 13, 2023, I electronically filed the foregoing with the Clerk of the court for the United States District Court by using the CM/ECF system. I further certify that counsel for petitioner are registered and listed participant with CM/ECF system and that service of this pleading will be accomplished via CM/ECF system.

_____
Employee of Leventhal and Associates, PLLC.