JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JACOB H. OPERSKALSKI
Assistant United States Attorney
Nevada Bar No. 14746
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jacob.Operskalski@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-156-RFB-DJA |
| Plaintiff, | **Stipulation Regarding ECF Docs. 404-406** |
| v. | |
| ROSALIO ANDRES SIGUENZA-ROMERO, aka "Tweety," | |
| Defendant, | |
| ZENITH FIREARMS, INC., | |
| Petitioner. | |

The United States of America and counsel for Zenith Firearms, Inc. (ZFI), Aaron D. Lovaas, Esq., agree as follows:

1. On June 2, 2023, Zenith Firearms, Inc. (ZFI) filed a Petition for Ancillary Hearing, ECF No. 404, Declaration of Kutlay Kaya, ECF No. 405, and Certificate of Service, ECF No. 406.

2. The United States has not filed a response, but is now in contact with counsel for the Petitioner with the intent of negotiating a resolution without the need for the hearing.

3. Counsel for the Petitioner does not object to the United States filing a response at a later date, but counsel for the Petitioner and for the United States stipulate

1

that the Petition shall be held in abeyance while the Petitioner and the United States negotiate in good faith.

4. If the negotiations do not result in a stipulated resolution, the United States and counsel for the Petitioner will inform the Court, and the United States will then file a response to the Petition.

Respectfully submitted this 16th day of October, 2023.

| NEWMEYER & DILLION LLP | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| *Aaron D. Lovaas*<br>AARON D. LOVAAS, ESQ<br>*Counsel for Zenith Firearms, Inc. on behalf of*<br>ZENITH FIREARMS, INC.<br>*Petitioner* | *Jacob H Operskalski*<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

ORDERED: Counsel to file resolution or Status Report within 60 days:
Dated this the 17th of October, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE