1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   JACOB H. OPERSKALSKI
3  Assistant United States Attorney
   Nevada Bar No. 14746
4  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Jacob.Operskalski@usdoj.gov
   *Attorneys for the United States*
7

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

10 | UNITED STATES OF AMERICA, | 2:20-CR-156-RFB-DJA |
   | Plaintiff, | **Second Stipulation Regarding ECF Docs. 404-406** |
   | v. | |
   | ROSALIO ANDRES SIGUENZA-ROMERO, aka "Tweety," | |
   | Defendant, | |
   | ZENITH FIREARMS, INC., | |
   | Petitioner. | |

The United States of America and counsel for Zenith Firearms, Inc. (ZFI), Aaron D. Lovaas, Esq., agree as follows:

1. On June 2, 2023, Zenith Firearms, Inc. (ZFI) filed a Petition for Ancillary Hearing, ECF No. 404, Declaration of Kutlay Kaya, ECF No. 405, and Certificate of Service, ECF No. 406.

2. The United States has not filed a response, but is in contact with counsel for the Petitioner with the intent of negotiating a resolution without the need for the hearing.

3. Counsel for the Petitioner does not object to the United States filing a response at a later date, but counsel for the Petitioner and for the United States previously stipulated that the Petition shall be held in abeyance while the Petitioner and the United States negotiate in good faith. ECF No. 543.

1

4. On October 17, 2023, the Court ordered: "Counsel to file resolution or Status Report within 60 days." ECF No. 548 at 2.

5. At this time, the United States intends on requesting additional documentation from the Petitioner to support the claim.

6. This stipulation is not sought for purposes of delay. Undersigned government counsel has been attending to time-sensitive matters and intends to resolve this with Petitioner.

7. The parties are requesting another 90 days to resolve this matter.

8. If the negotiations do not result in a stipulated resolution, the United States and counsel for the Petitioner will inform the Court, and the United States will then file a response to the Petition.

Respectfully submitted this 15th day of December, 2023.

| | |
|---|---|
| NEWMEYER & DILLION LLP | JASON M. FRIERSON<br>United States Attorney |
| *Aaron D. Lovaas*<br>AARON D. LOVAAS, ESQ<br>*Counsel for Zenith Firearms. Inc. on behalf of*<br>ZENITH FIREARMS, INC.<br>*Petitioner* | *Jacob H. Operskalski*<br>JACOB H. OPERSKALSKI<br>Assistant United States Attorney |

Stipulated Resolution, Status Report or Government Response is due on or before 3/18/2024.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 18. 2024