# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIO ANDRES SIGUENZA-ROMERO, aka "Tweety,"<br><br>Defendant. | 2:20-CR-156-RFB-DJA<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Rosalio Andres Siguenza-Romero, aka "Tweety," to the criminal offense, forfeiting the property set forth in the Plea Agreement and Forfeiture Allegation Three of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Rosalio Andres Siguenza-Romero, aka "Tweety," pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 359; Plea Agreement, ECF No. 361; Preliminary Order of Forfeiture, ECF No. 362.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 23, 2023, through April 21, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 622, p. 6.

1   This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF Nos. 545, 623.

On May 3, 2023, the United States Attorney's Office served Zenith Firearms, Inc., c/o Hanri Kaya, CFO, at 10517 Critzer Shop Rd., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-17; 623, p. 4, 7-18.

On May 3, 2023, the United States Attorney's Office served Zenith Firearms, Inc., c/o Hanri Kaya, CFO, at 9388 Critzers Shop Rd., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-14, 18-19; 623, p. 4, 7-15, 19-20.

On May 3, 2023, the United States Attorney's Office served Zenith Firearms, Inc., c/o Kutlay Kaya, CEO, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-14, 20-21; 623, p. 4, 7-15, 21-22.

On May 3, 2023, the United States Attorney's Office served Zenith Firearms, Inc., c/o Gregory M. Johnson, Registered Agent, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-14, 22-23; 623, p. 4, 7-15, 23-24.

On May 3, 2023, the United States Attorney's Office served Zenith Quest Corporation, c/o Hanri Kaya, CFO, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-14, 24-25; 623, p. 4, 7-15, 25-26.

On May 3, 2023, the United States Attorney's Office served Zenith Quest Corporation, c/o Kutlay Kaya, CEO, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-14, 26-27; 623, p. 4, 7-15, 27-28.

/ / /

On May 3, 2023, the United States Attorney's Office served Zenith Quest Corporation, c/o Gregory M. Johnson, Registered Agent, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF Nos. 545-1, p. 3, 6-14, 28-29; 623, p. 4, 7-15, 29-30.

On June 2, 2023, Zenith Firearms, Inc., filed a Petition for Ancillary Hearing, ECF No. 404; a Declaration of Kutlay Kaya in Support of Petition for Ancillary Hearing, ECF No. 405; and a Certificate of Service, ECF No. 406.

On May 17, 2024, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Zenith Firearms, Inc., and Order, ECF No. 624.

On November 11, 2024, the Court granted the Stipulation for Entry of Order of Forfeiture as to Zenith Firearms, Inc., ECF No. 633.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law and the Stipulation:

1. Glock 21 .45 ACP semiautomatic handgun, bearing serial number WHR291;
2. Taurus Model 85 .38 SPL revolver, bearing serial number GS26891;
3. Roman/Cugir WASR10 7.62x39mm semiautomatic rifle, bearing serial number UF099307;
4. Ruger Model AR 556 5.56mm semiautomatic rifle, bearing serial number 850-80488 with 30 round P-Mag, 5.56 caliber;

///

5. Sig Sauer P365 9mm semiautomatic handgun, bearing serial number 66A494603;

6. a stolen MKE Model Z-5 9mm semiautomatic rifle, bearing serial number T0624-17BG00143;

7. a stolen MKE Model Z-5RS 9mm semiautomatic pistol, bearing serial number T0624-17BH01145;

8. a stolen MKE Model Z-43P 5.56mm semiautomatic rifle, bearing serial number T0624-15BF00189

9. Armscor of the Philippines M1911-A1 FS .45 ACP semiautomatic handgun, bearing serial number RIA1582289;

10. Springfield Armory IMBEL 1911-A1 .45 ACP semiautomatic handgun, bearing serial number WW65048;

11. two silencers bearing no serial numbers;

12. Springfield XD 9mm semiautomatic handgun, bearing serial number GM821380;

13. DPMS AR-15 semiautomatic rifle, bearing serial number F202014;

14. Taurus PT92 AFS 9mm semiautomatic handgun, bearing serial number TJZ19725;

15. Kel-Tec SU-16, 5.56 caliber rifle, bearing serial number N4886;

16. Sturm and Ruger, .223 caliber Mini-14 Ranch Rifle, bearing serial number 195-86918;

17. unmarked AR-15 style rifle;

18. 143 rounds of 5.56 ammunition;

19. 4 rifle magazines;

20. 30 round magazine;

21. 20 round magazine;

22. 100 rounds drum magazine for KCI AR-15;

23. metal 30 round 7.62x39 magazine; and

4

24. any and all compatible ammunition (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Rosalio Andres Siguenza-Romero, aka "Tweety," and all third parties except as set forth in the Stipulation with Zenith Firearms, Inc.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law and the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED  March 17, , 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE